**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARY BUSH, | : | No. 319 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CAMERON ADAMS, LAUREN ADAMS, | : | |
| JOSEPH BUSH,  ALEXANDER J. | : | |
| CHOTKOWSKI, KELLER WILLIAMS, | : | |
| JAMES WAGNER AND LAND SERVICES | : | |
| USA, INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2023, the Petition for Allowance of Appeal and the Application to File Supplement to the Petition for Permission to Appeal are **DENIED.**